**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DAVID SANCHEZ,**

    **Plaintiff,**

v.                                                                  Case No.   3:12cv269/MCR/CJK

**K. TUCKER, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2012 (doc. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Plaintiff submitted a civil rights complaint dated June 5, 2012, a motion to proceed *in forma pauperis* dated May 29, 2012, and a motion to appoint counsel dated June 5, 2012, all received an filed on June 8, 2012.  By Order dated July 6, 2012, the court granted plaintiff's request to proceed *in forma pauperis* and assessed an initial partial filing fee in the amount of $6.17.  (*See* doc. 6).  Thereafter, on July 31, 2012, the court received plaintiff's letter dated July 29, 2012, indicating he did not want to proceed with the litigation of this case and that he did not authorize the Department of Corrections to withdraw the filing fee payments from his inmate account, requesting that the "lien be lifted and that [his] money be returned."  (Doc. 7).  Plaintiff submitted a second letter dated August 5, 2012, again contesting the filing fee assessment and stating, "I also withdraw my complaint." (Doc. 9).

The court's Order Granting Leave to Proceed *In Forma Pauperis* (doc. 6), pursuant to 28 U.S.C. § 1915(b)(1)(A), authorized and directed the Department of Correction to forward payments from the plaintiff's inmate account on a monthly basis to the clerk of court each time the amount in the account exceeds $10.00, and that such payments shall continue until the filing fee of $350.00 is paid in full.  Despite plaintiff's claims to the contrary, because the order provided that "[p]laintiff shall have thirty (30) days in which to submit the initial partial filing fee as assessed" and "[n]o further action shall be taken with regard to plaintiff's claim until the initial partial filing fee is received," such provisions did not render the filing fee assessment optional.  Furthermore, pursuant to paragraph 8 of the order, plaintiff was advised that "dismissal or other disposition of an action will not relieve him of the obligation to pay the full filing fee in [the] case."  Accordingly, the full filing fee in the amount of $350.00 shall remain due until paid in full.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion for voluntary dismissal (doc. 7) is **GRANTED** and this cause is **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of August, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:12cv119/MCR/CJK*